```
```

FILED
2018 May-16 AM 11:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ) <br> FRANK EDWARD GOODEN, JR. ) <br> Also known as "Little Frank," ) <br> ) <br> Defendant. ) | 1:18-cr-101-LSC-JEO <br> 2:18-mj-0068-TMP |

MEMORANDUM OF OPINION AND ORDER

On April 5, 2018, Defendant Frank Edward Gooden, Jr. filed a Motion to Dismiss. (Doc. 6 in the matter of *United States v. Frank Edward Gooden*, 2:18-mj-0068-TMP and doc. 37 in the matter of *United States v. Frank Edward Gooden*, 1:18-cr-0101-LSC-JEO.) The magistrate judge filed a report and recommendation, recommending that the motion be denied. (Doc. 38.)

Having now carefully reviewed and considered de novo all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is ADOPTED, the recommendation is ACCEPTED. Consequently, the motion to dismiss (doc. 37 in *United States v. Frank Edward Gooden*, 2:18-mj-0068-TMP ) is hereby DENIED.

**DONE** AND **ORDERED** ON MAY 16, 2018.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704